## CONSAUL *v.* CUMMINGS.

---

This case is governed by the decisions of the court in *Moyers* v. *Cummings*, 24 App. D. C. 36, and *Consaul* v. *Cummings*, 31 App. D. C. 540.

No. 1980.    Submitted March 12, 1909. · Decided March 16, 1909.

APPEAL by the defendants from a decree of the Supreme Court of the District of Columbia, overruling exceptions to a report of the Auditor of that court, in a suit for a partnership accounting.                                    *Affirmed.*

*Mr. Charles F. Consaul,* one of the appellants, appeared in proper person.

*Mr. Charles Cowles Tucker* and *Mr. J. Miller Kenyon* for the appellees.

Mr. Chief Justice SHEPARD delivered the opinion of the Court:

The final decree appealed from in this case was entered in conformity with the mandate of this court. The case has twice before been appealed and will be found reported in 24 App. D. C. 36, and 30 App. D. C. 540.* In the decisions therein were settled the principles governing the accounting directed to be taken between the parties.

The final decree, being in accordance with those principles, is affirmed with costs.                              *Affirmed.*

An appeal by the appellants to the Supreme Court of the United States was allowed April 6, 1909.

---

*See also S. C. 17 App. D. C. 269.—Reporter.